☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

In re:   Joe W. Brown                                              Case No.

Debtors:                                                                    Chapter 13

**CHAPTER 13 PLAN**

**ADDRESS:**   (1) 4441 Winward Dr.                          (2)
                      Memphis, TN 38109

**PLAN PAYMENT:**
  **Debtor(1)** shall pay $ 990.00   ☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☑ monthly, by:
  ☐ PAYROLL DEDUCTION From: _____   OR ( X ) DIRECT PAY

  **Debtor(2)** shall pay $ _____   ☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
  ☐ PAYROLL DEDUCTION From: _____   OR ( ) DIRECT PAY

**1. THIS PLAN [Rule 3015.1 Notice]:**

  (A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]    ☐ YES    ☑ NO
  (B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION      ☐ YES    ☑ NO
      OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
  (C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].   ☐ YES    ☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; OR ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**                                                                Monthly Plan Payment:

None                    Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, OR ☐ Trustee to:
                        ongoing payment begins _____             $ _____
                        Approximate arrearage: _____

**5. PRIORITY CLAIMS:**

-NONE-                                       Amount _____            $ _____

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); OR ☐ Paid by Trustee to:

Bayview Loan Servicing   ongoing payment begins   February 2018              $811.00
                         Approximate arrearage:   $1,200.00      Interest    $20.00

**7. SECURED CLAIMS:**

[Retain lien 11 U.S.C. §1325 (a)(5)]   Value of Collateral:   Rate of Interest   Monthly Plan Payment:

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER
    SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain lien 11 U.S.C. §1325 (a)]       Value of Collateral:   Rate of Interest   Monthly Plan Payment:
-NONE-                                                                              $

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

-NONE-            Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**

-NONE-   Amount: _____   Rate of Interest _____   Monthly Plan Payment: $_____

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

None   ☐ Not provided for  **OR**  ☐ General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

-NONE-

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $3,249.00**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐    _____ %, OR,
☑    THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

None            ☐ Assumes  **OR**  ☐ Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ Bo Luxman BPR            Date October 3, 2018 .
Bo Luxman BPR #21580
Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)