**Dated: January 23, 2019**
**The following is SO ORDERED:**

_____
**David S. Kennedy**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| In re: | Chapter 13 |
| JOE W BROWN | |
| Debtor(s) | Case No. 18-28255-K |

### ADMINISTRATIVE ORDER ALLOWING CLAIMS

It appearing to the Court that the Standing Chapter 13 Trustee has shown the Court that he or she has examined the proofs of claim, objected to the allowance of such claims as appeared to be improper, and entered orders on claims that are prima facie improper. After such examination, objections and orders, the Trustee states that the following claims should be deemed allowed, and those listed 'not filed' should be noted.

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| LANDHOME FINANCIAL SERVICES<br>PO BOX 25164<br>SANTA ANA, CA  92799 | $17,294.93 | MORTGAGE ARREARAGE |
| RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENSVILLE, SC  29603-0587 | $1,066.18 | UNSECURED (GENERAL) |
| MIDLAND CREDIT MANAGMENT INC<br>AS AGENT FOR MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN, MI  48090 | $1,599.11 | UNSECURED (GENERAL) |

PAGE 2   -   CHAPTER 13 CASE NO.  18-28255-K

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| LANDHOME FINANCIAL SERVICES<br>PO BOX 25164<br>SANTA ANA, CA  92799 | | NO CLAIM FILED BY CREDITOR |
| RESURGENT CAPITAL SERVICE<br>PO BOX 10368<br>GREENVILLE, SC  29603 | $933.77 | UNSECURED (GENERAL) |
| MIDLAND CREDIT MANAGMENT INC<br>AS AGENT FOR MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN, MI  48090 | $504.47 | UNSECURED (GENERAL)<br><br>[Add] |
| MIDLAND CREDIT MANAGMENT INC<br>AS AGENT FOR MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN, MI  48090 | $1,358.26 | UNSECURED (GENERAL) |
| MIDLAND CREDIT MANAGMENT INC<br>AS AGENT FOR MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN, MI  48090 | $1,818.19 | UNSECURED (GENERAL)<br><br>[Add] |
| PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK, VA  23541 | $637.14 | UNSECURED (GENERAL)<br><br>[Add] |

WHEREFORE, your Trustee prays that those claims which have been filed be deemed allowed for the purpose of distribution pursuant to the confirmed plan and other orders of the Court.

/S/ George W. Stevenson
CHAPTER 13 TRUSTEE

Upon the foregoing motion, the court finds that the matters stated therein are true and, that;

Pursuant to Chapter 13 Rule 3007, the claims which have been filed as recited above shall be deemed allowed for the purpose of distribution unless objection is made by the debtor or other party in interest, within 30 days from the date of this order;

PAGE 3   -   CHAPTER 13 CASE NO. 18-28255-K

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|

IT IS THEREFORE ORDERED, that a copy of this order and motion be mailed to the debtor(s) and to the debtor's attorney of record, and that the debtor(s) be given 30 days from the date of this order within which to examine the proofs of claim and to file a written objection to any claim which may be improper.  The absence of a timely written objection will be deemed approval by the debtor(s) of the claims as recited above and the claims shall be allowed for the purpose of distribution pursuant to the confirmed plan and other orders of this Court.

CC: George W. Stevenson
YOG
    JOE W BROWN
    4441 WINWARD DR
    MEMPHIS, TN  38109

    BO LUXMAN ATTY
    PO BOX 3077
    MEMPHIS, TN  38173-0077